# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
**FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
**SUBDIVISION**  
**FEMA PW #** 11235   **VSN** 2   **REF#** 11235V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  
**INF TYPE** ○ INF  ● NON-INF  ○ REC

**CATEGORY** F, Public Utilities   **COUNTY** HARRISON   **FUNDING OPTION**   **COST SHARE** 1  
**STD PROJECT NO.**   **PROJECT TITLE** PROGRAM MANAGEMENT SERVICES - INFRASTRUCTURE REPAIR  
**PROJECTED CMPLTN DT** 12/30/2013   **ACTUAL CMPLTN DT**   **WORK COMPLETE AS OF** 02/16/2011 : 0 %  
**ELIGIBILITY** Yes   **AMOUNT ELIG** $1,000,000.00   **FEDERAL SHARE** $1,000,000.00 **PRIORITY** Normal  
**BEGIN DESIGN DT**   **BEGIN CONSTR DT**  
**END DESIGN DT**   **END CONSTR DT**  

PW REVIEWER DATA

| | REVIEWER NAME | DATE |
|---|---|---|
| INITIAL REVIEW | MORRISON, PATRICIA | 04/25/2011 |
| FINAL REVIEW | SCOTT, CLYDE | 05/05/2011 |

**PREPARER** BILL ANDREWS, SR TECH SPECIAL  
**ROLE** PO   **DATA SOURCE**  
**STATE**  
**DATE OBLGTD** 05/19/2011   **PACKAGE DATE** 05/19/2011  
**PACKAGE ID** 636  

**MT PROP** ○ Yes ● No   **VALIDATED** ● Yes ○ No  
**PNP QUESTIONS** ○ Yes ● No   **STATE RVWD** ○ Yes ● No  
**ATTACH** ○ Yes ● No

| | Yes | No | Unsure |
|---|---|---|---|
| Does the Scope of Work change the pre-disaster conditions at the site? | ○ | ● | ○ |
| Special Considerations Issues Included? | ○ | ● | ○ |
| Is there insurance coverage on this facility? | ○ | ● | ○ |
| Hazard Mitigation proposal included? | ○ | ● | ○ |

EXHIBIT "A"

# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
**FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
**SUBDIVISION**  
**FEMA PW #** 11236   **VSN** 2   **REF#** 11236V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  
**INF TYPE** ○ INF  ● NON-INF  ○ REC

---

**SITE NUMBER** 1 of 1  
**FACILITY NAME** PROGRAM MANAGEMENT SERVICES -   **Latitude** 30.3955  
**ADDRESS** INFRASTRUCTURE REPAIRS   **Longitude** -88.88679  
**CITY**     **STATE** MS   **ZIP**

Was this site previously damaged? ○ Yes   ○ No   ● Unsure

**SITE NUMBER 1 - LOCATION**  
CITY OF BILOXI, MS -- CITYWIDE

**SITE NUMBER 1 - DAMAGE DIMENSIONS AND DESCRIPTION**

AS A RESULT OF HURRICANE KATRINA, 14 AREAS OF THE CITY OF BILOXI (COB) EXPERIENCED DAMAGE TO THE POTABLE WATER DISTRIBUTION, SANITARY SEWER COLLECTION AND STORM DRAINAGE PIPING SYSTEMS DUE TO STORM SURGE INUNDATION. SEPARATE PW'S AS LISTED BELOW WERE PREPARED FOR EACH OF THE 14 AREAS TO ADDRESS ELIGIBLE DAMAGES AND REPAIRS TO THESE PIPING SYSTEMS. ALL 14 PWS INCLUDED LINE ITEMS FOR CONSTRUCTION COSTS, EARTHWORK INSPECTION, SOIL TESTING (DURING CONSTRUCTION), PUBLIC RELATIONS, A & E, AND PROJECT MANAGEMENT.

PW 11019 -- AREA 1 -- EAGLE POINT  
PW 11021 -- AREA 2 -- NORTH BILOXI  
PW 11017 -- AREA 3 -- RODENBERG NORTH  
PW 10977 -- AREA 4 -- BEAUVOIR  
PW 11000 -- AREA 5 -- RODENBERG  
PW 11001 -- AREA 6 -- BUENA VISTA WEST  
PW 10999 -- AREA 7 -- BUENA VISTA EAST  
PW 10998 -- AREA 8 -- ST. MICHAELS  
PW 11020 -- AREA 9 -- 6TH STREET NORTH  
PW 11023 -- AREA 10 -- 6TH STREET SOUTH  
PW 11016 -- AREA 11 -- GRAVITY NORTH  
PW 11018 -- AREA 12 -- GRAVITY SOUTH  
PW 11015 -- AREA 13 -- HOSPITAL  
PW 11022 -- AREA 14 -- DIVISION STREET

IN ADDITION, THREE SEPARATE PWS WERE PREPARED TO ADDRESS DAMAGES TO THE SANITARY SEWER SYSTEM LIFT STATION THROUGHOUT THE CITY (PW 7112), TO PROVIDE PRE DESIGN SURVEY AND GEOTECHNICAL (SOIL TESTING) SERVICES (PW 11043), AND TO PROVIDE FOR THE CLEANING AND VIDEO INSPECTION OF PVC SANITARY SEWER LINES (PW 11213). OF THESE THREE, ONLY PW 7112 -- PUMP STATIONS INCLUDED A LINE ITEM FOR PROJECT MANAGEMENT.

SEE THE CONTINUATION SHEETS FOR THE HISTORY OF THIS PW.

# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
**FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
**SUBDIVISION**  
**FEMA PW #** 11235   **VSN** 2   **REF#** 11235V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  

**INF TYPE** ○ INF  
● NON-INF  
○ REC

---

**SITE NUMBER 1 - SCOPE OF WORK**

WORK TO BE COMPLETED

THIS PW IS PREPARED TO PROVIDE THE CITY OF BILOXI WITH PROGRAM MANAGEMENT SERVICES FOR THE REPAIRS/REPLACEMENTS OF ITS WATER DISTRIBUTION, SANITARY SEWER COLLECTION AND WATER DISTRIBUTION PIPING SYSTEMS AND SANITARY SEWER PUMP STATIONS AS COVERED BY THE FOLLOWING 17 PWS:

PW 11019 -- AREA 1 -- EAGLE POINT  
PW 11021 -- AREA 2 -- NORTH BILOXI  
PW 11017 -- AREA 3 -- RODENBERG NORTH  
PW 10977 -- AREA 4 -- BEAUVOIR  
PW 11000 -- AREA 5 -- RODENBERG  
PW 11001 -- AREA 6 -- BUENA VISTA WEST  
PW 10999 -- AREA 7 -- BUENA VISTA EAST  
PW 10998 -- AREA 8 -- ST. MICHAELS  
PW 11020 -- AREA 9 -- 6TH STREET NORTH  
PW 11023 -- AREA 10 -- 6TH STREET SOUTH  
PW 11016 -- AREA 11 -- GRAVITY NORTH  
PW 11018 -- AREA 12 -- GRAVITY SOUTH  
PW 11015 -- AREA 13 -- HOSPITAL  
PW 11022 -- AREA 14 -- DIVISION STREET  
PW 7112 -- SEWAGE LIFT STATIONS  
PW 11043 -- SPECIAL SERVICES FOR WATER, SEWER, AND DRAIN LINES (PRE DESIGN SURVEY AND GEOTECHNICAL SERVICES)  
PW 11213 -- CITY OF BILOXI SANITARY SEWER AND STORM DRAINAGE LINES (CLEAN AND VIDEO INSPECT PVC SANITARY SEWER LINES)

THESE PROGRAM MANAGEMENT SERVICES ENCOMPASS LINE ITEMS OF EARTHWORK INSPECTIONS (RPR SERVICES), PUBLIC RELATIONS AND PROJECT MANAGEMENT SERVICES PREVIOUSLY INCLUDED IN THE 17 PWS ABOVE. TOTAL ELIGIBLE COSTS ARE $20,725,276.64, INCLUDING PREVIOUSLY INVOICES ACTUAL COSTS OF $4,100,100.02 FROM OCTOBER 7, 2008 TO MARCH 26, 2010, AND ESTIMATED COSTS OF $16,625,176.62 THROUGH FEBRUARY 28, 2013. THESE COSTS ARE BASED ON THE APPLICATION OF AGREED MANPOWER HOURS AND HOURLY RATES AND A MARKUP TO COVER ADDITIONAL COSTS. HOWEVER, BECAUSE THE INVOICES ACTUAL COSTS HAVE ALREADY BEEN PAID OUT ON A PRO RATED BASIS AGAINST THE EXISTING 17 PWS, THAT AMOUNT IS NOT RECOGNIZED IN THIS PW. ALSO, BECAUSE COSTS WILL CONTINUE TO BE CHARGES AGAINST THE 17 PWS ON THE SAME PRO RATED BASIS IN THE INTERIM FORM MARCH 26, 2010 UNTIL THIS PW IS OBLIGATED; THOSE CHARGES WILL HAVE TO BE EVENTUALLY DEOBLIGATED FROM THIS PW.

# PROJECT WORKSHEET REPORT

| | |
|---|---|
| DECLARATION NO. FEMA-MS - DR1604 | PREPARED DATE 02/16/2011 |
| FIPS NO. 047-06220-00 | REPORT DATE 04/22/2016 08:40 |
| APPLICANT NAME BILOXI (CITY OF) | INF TYPE ○ INF |
| SUBDIVISION | ● NON-INF |
| FEMA PW # 11235   VSN 2   REF# 11235V2 | ○ REC |

### SITE NUMBER 1 - SCOPE OF WORK

THESE ACTION ARE NECESSARY TO PREVENT THE DE OBLIGATION OF FUNDING ALREADY PAID OUT TO THE APPLICANT AND THE SUBSEQUENT RECAPTURE OF THAT FUNDING FROM THE APPLICANT. FINALLY, ONCE THE TOTAL RELATED AMOUNTS PAID OUT FROM THE 17 PWS ARE DETERMINED, THE REMAINING AMOUNTS IN THE LINE ITEMS OF EARTHWORK INSPECTIONS (RPR SERVICES), PUBLIC RELATIONS AND PROJECT MANAGEMENT SERVICES WILL BE DE OBLIGATED FROM THE RESPECTIVE PWS.

IN OCTOBER 2008, THE COB SIGNED A CONTRACT WITH HNTB TO PROVIDE CONSOLIDATE PROGRAM/PROJECT MANAGEMENT (PM) SERVICES FOR THE COB INFRASTRUCTURE REPAIR PROJECTS. SINCE THAT TIME, FEMA, MEMA AND THE COB HAVE DISCUSSED THE ELIGIBILITY, SPECIFIC ORGANIZATIONAL STRUCTURE AND APPROPRIATE LEVELS OF PM SERVICES NECESSARY.

IN LATE 2009, THE COB/HNTB PRESENTED AN IN PROCESS AMENDMENT TO THEIR PM CONTRACT RESULTING IN AN ESTIMATED TOTAL CONTRACT COST OF $22,281,685.00 FOR ALL LABOR AND EXPENSES (SEE ATTACHMENT 1). THE COB/HNTB PROPOSAL DESCRIBED AN ORGANIZATIONAL STRUCTURE INCLUDING PERSONNEL, EQUIPMENT, SUPPLIES/MATERIALS, MAIN AND FIELD OFFICE ESTABLISHMENTS, PER DIEM, TRAVEL, MARKUPS, ETC. FEMA DID NOT AGREE WITH THE PROPOSAL AND DETERMINED THAT THE ORGANIZATIONAL STRUCTURE, LEVEL OF SERVICES AND THE EXPENSES WERE EXCESSIVE. FEMA'S CONCEPT WAS FOR SERVICES BASED ON PERSONNEL/HOURS WITH AN APPROPRIATE MARKUP TO COVER ALL OTHER DIRECT AND INDIRECT EXPENSES ASSOCIATED WITH THE SERVICES. SUBSEQUENTLY, FEMA DEVELOPED A REPRESENTATIVE-PM ORGANIZATIONAL STRUCTURE AND COSTS THAT IT COULD SUPPORT AS ELIGIBLE FOR REIMBURSEMENT AND PRESENTED IT TO THE COB AT A MEETING ON FEBRUARY 10, 2010 (SEE ATTACHMENT 2). FEMA'S STRUCTURE INCLUDED RECOGNITION OF INVOICED COSTS UP TO DECEMBER 25, 2009, 7 PM PERSONNEL POSITIONS AND 4 SENIOR RPR/ASSISTANT PERSONNEL POSITIONS FOR THE THREE YEAR PERIOD MARCH 01,2010 TO FEBRUARY 28, 2013, AND RPR INSPECTOR HOURS AND COSTS BASED ON THE CONSTRUCTION DURATION TIMES OVER THE SAME THREE YEAR PERIOD. ALL LABOR COSTS WERE CALCULAT

ED AT THE COB/HNTB HOURLY RATES AND A 3.05 MULTIPLIER. TOTAL ESTIMATED COST WAS $19,215,508.17.

ON MARCH 25, 2010, FEMA RECEIVED THE COB/HNTB RESPONSE TO FEMA'S PRESENTATION (SEE ATTACHMENT 3). THE RESPONSE SUGGESTED ELIMINATION OF THE DEPUTY PROGRAM MANAGER POSITION AND SUBSTITUTION OF A PRE-CONSTRUCTION MANAGER POSITION INSTEAD. IT ALSO REQUESTED FIVE ADDITIONAL POSITIONS INCLUDING PROGRAM PRINCIPAL/OFFICER, PROJECT ACCOUNTANT, ENGINEER, GIS TECHNICIAN AND PUBLIC INVOLVEMENT OFFICER AND INCREASING THE LABOR MULTIPLIER FROM 3.05 TO 3.10. FINALLY, IT PROVIDED FOR RECOGNITION OF INVOICED COSTS THROUGH FEBRUARY 26, 2010, NEW HOURLY LABOR RATES AND A RECALCULATION OF THE RPR REQUIREMENTS AND COSTS. TOTAL PROPOSED COST WAS $21,254,115.00.

FEMA REVIEWED THE COB/HNTB RESPONSE AND VERBALLY PRESENTED A DRAFT COUNTER RESPONSE TO THE COB AT AN APRIL 8, 2010 MEETING (SEE ATTACHMENT 4). FEMA'S DRAFT COUNTER RESPONSE AGREED TO THE ELIMINATION/SUBSTITUTION OF THE DEPUTY PROGRAM MANAGER AND PRE-CONSTRUCTION MANAGER POSITIONS, THE ADDITION OF THE PROJECT ACCOUNTANT POSITION, THE CHANGE OF THE LABOR MULTIPLIER FROM 3.05 TO 3.10, THE RECOGNITION OF INVOICED COSTS THROUGH FEBRUARY 26, 2010, THE NEW HOURLY LABOR RATES, AND THE RECALCULATION OF THE RPR REQUIREMENTS AND COSTS. FEMA DID NOT AGREE TO THE REMAINING FOUR ADDITIONAL POSITIONS REQUESTED BY THE COB/HNTB PROPOSAL, NAMELY, THE PROJECT PRINCIPAL/OFFICER, ENGINEER, GIS TECHNICIAN AND PUBLIC INVOLVEMENT OFFICER. FEMA'S DRAFT COUNTER RESPONSE WAS ESTIMATED AT A TOTAL COST OF $19,771,225.70.

LATER, FEMA WAS PROVIDED A COPY OF A COB MEMORANDUM OF APRIL 20, 2010 (SEE ATTACHMENT 5) AND WAS REQUESTED TO MEET WITH THE COB TO DISCUSS THE MEMORANDUM WHICH PROVIDED ADDITIONAL INFORMATION TO SUBSTANTIATE THE NEED FOR THE FOUR POSITIONS THAT FEMA DID NOT AGREE TO IN ITS DRAFT COUNTER RESPONSE. NOTE, AT THIS POINT THAT THE COB'S REQUEST HAD EXPANDED TO FIVE PERSONNEL IN THE FOUR POSITIONS (IT NOW INCLUDED TWO DESIGN ENGINEER

# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
    **FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
    **SUBDIVISION**  
    **FEMA PW #** 11235   **VSN** 2   **REF#** 11235V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  
**INF TYPE** ○ INF  
● NON-INF  
○ REC

## SITE NUMBER 1 - SCOPE OF WORK

S INSTEAD OF ONE ENGINEER). DURING THE MEETING ON APRIL 22, 2010, THE COB FURTHER EXPOUNDED ON THE REQUIREMENTS FOR THE FOUR POSITIONS AND EXPRESSED DEEP CONCERN OVER THEIR ABILITY TO COMPLETE THE RELATED INFRASTRUCTURE REPAIR PROJECTS WITHOUT THE ADDITIONAL SUPPORT.

ULTIMATELY, IN AN APRIL 30, 2010 LETTER (SEE ATTACHMENT 6), FEMA AGREED TO THE DESIGN ENGINEER, GIS TECHNICIAN AND PUBLIC INVOLVEMENT OFFICER POSITIONS BUT AT SOMEWHAT LESSER LEVELS THAN REQUESTED BY THE COB. FEMA DID NOT AGREE TO THE PROJECT PRINCIPAL/OFFICER POSITION. BASED ON THE ABOVE, FEMA'S ELIGIBLE REPRESENTATIVE-PM SERVICES NOW INCLUDED 12 PERSONNEL IN 11 STAFFING POSITIONS TO MANAGE THE CONTRACTING, DESIGN, CONSTRUCTION AND OTHER DAILY ACTIVITIES NECESSARY TO EXECUTE THE REPAIR PROJECTS OVER THE THREE YEAR PERIOD FEBRUARY 26, 2010 TO FEBRUARY 28, 2013 BASED ON AN ESTIMATED CONSTRUCTION SCHEDULE PROVIDED BY THE CITY OF BILOXI. IT INCLUDED RESIDENT PROJECT REPRESENTATIVE POSITIONS AS PROPOSED BY THE COB/HNTB TO OVERSEE THE DAILY CONSTRUCTION TASKS OF THE PROJECTS OVER THE SAME THREE YEAR PERIOD. IT ALSO INCLUDED THE COB/HNTB HOURLY LABOR RATES AND A LABOR MULTIPLIER OF 3.10 AND IT RECOGNIZED INVOICED COSTS UP TO FEBRUARY 26, 2010. AT THIS POINT, THE TOTAL ESTIMATED COST WAS $20,712,633.70.

IN A JUNE 1, 2010 LETTER (SEE ATTACHMENT 7), FEMA REEVALUATED AND ADJUSTED ITS ESTIMATED ELIGIBLE SERVICES AND BUDGET TO EXTEND THE TIME IT WOULD RECOGNIZE INVOICED COSTS TO MARCH 26, 2010 TO COINCIDE WITH ESTABLISHED CONTRACT BILLING PERIODS. THE TOTAL ESTIMATED COST IS NOW $20,725,276.64.

AS A RESULT OF THE ABOVE DISCUSSIONS, PREPARATION OF THE ESTIMATED ELIGIBLE PM SERVICES AND BUDGET, AND THE FACT THAT THE COB HAS ACQUIRED THESE PM SERVICES UNDER ONE CONTRACT, IT WAS DECIDED TO PREPARE THIS ONE PW TO CONSOLIDATE AND ESTIMATE ALL PROGRAM/PROJECT MANAGEMENT (PM) SERVICES NECESSARY TO MANAGE ALL 14 OF THE AREA PWS AND THE THREE SEPARATE PWS PREVIOUSLY DISCUSSED.

THESE PROGRAM MANAGEME

NT SERVICES ENCOMPASS LINE ITEMS OF EARTHWORK INSPECTIONS (RPR SERVICES), PUBLIC RELATIONS AND PROJECT MANAGEMENT SERVICES PREVIOUSLY INCLUDED IN THE 17 PWS ABOVE. AS NOTED ABOVE, TOTAL ELIGIBLE COSTS ARE $20,725,276.64, INCLUDING PREVIOUSLY INVOICED ACTUAL COSTS OF $4,100,100.02 FROM OCTOBER 7, 2008 TO MARCH 26, 2010, AND ESTIMATED COSTS OF $16,625,176.62 THROUGH FEBRUARY 28, 2013. THESE COSTS ARE BASED ON THE APPLICATION OF AGREED MANPOWER HOURS AND HOURLY RATES AND A MARKUP TO COVER ADDITIONAL COSTS. HOWEVER, BECAUSE THE INVOICED ACTUAL COSTS HAVE ALREADY BEEN PAID OUT ON A PRO-RATED BASIS AGAINST THE EXISTING 17 PWS, THAT AMOUNT IS NOT BE RECOGNIZED IN THIS PW. ALSO, BECAUSE COSTS WILL CONTINUE TO BE CHARGED AGAINST THE 17 PWS ON THE SAME PRO-RATED BASIS IN THE INTERIM FROM MARCH 26, 2010 UNTIL THIS PW IS OBLIGATED; THOSE CHARGES WILL HAVE TO BE EVENTUALLY DE-OBLIGATED FROM THIS PW. THESE ACTIONS WILL BE NECESSARY TO PREVENT THE DE-OBLIGATION OF FUNDING ALREADY PAID OUT TO THE APPLICANT AND THE SUBSEQUENT RECAPTURE OF THAT FUNDING FROM THE APPLICANT. FINALLY, ONCE THE TOTAL RELATED AMOUNTS PAID OUT FROM THE 17 PWS ARE DETERMINED, THE REMAINING AMOUNTS IN THE LINE ITEMS OF EARTHWORK INSPECTIONS (RPR SERVICES), PUBLIC RELATIONS AND PROJECT MANAGEMENT SERVICES WILL BE DE-OBLIGATED FROM THE RESPECTIVE PWS.

THE APPLICANT SUBMITTED ANOTHER MEMO, DATED 08/10/10, WITH AN ATTACHED MEMO FROM HNTB REQUESTING ADDITIONAL PERSONNEL OVER WHAT THE COB HAD PREVIOUSLY PRESENTED TO FEMA AS WELL AS ACKNOWLEDGEMENT FROM FEMA FOR CONTRACT BILLING RATES FOR VARIOUS POSITIONS APPLICABLE TO PM AND RPR SERVICES. FOR BILLING PURPOSES, FEMA DOES RECOGNIZES THE FOLLOWING CONTRACT BILLING RATES AND BUDGETED HOURS FOR THE ELIGIBLE POSITIONS AS BEING REASONABLE FOR REIMBURSEMENT: PROGRAM MANAGER $170.50/HR (1 EACH - 6080 HRS); PRE-CONSTRUCTION MANAGER $217.00/HR (1 EACH - 6080 HOURS); CONSTRUCTION MANAGER $201.50/HR (1 EACH - 6080 HOURS); DOCUMENTS CONTROL $108.50/HR (1 EACH - 60

# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
**FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
**SUBDIVISION**  
**FEMA PW #** 11235 **VSN** 2 **REF#** 11235V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  
**INF TYPE** ○ INF  
● NON-INF  
○ REC

---

### SITE NUMBER 1 - SCOPE OF WORK

80 HOURS); PROJECT ACCOUNTANT $89.90 (1 EACH - 4560 HOURS); OFFICE ADMINISTRATIVE $57.35 (1 EACH - 6080 HOURS); GIS TECHNICIAN $117.80 (1 EACH - 2080 HOURS); PUBLIC INVOLVEMENT OFFICER $97.65 (1 EACH - 1040 HOURS); SENIOR RPR INSPECTOR $155.00 (2 EACH - 13,680 HOURS); RPR INSPECTOR $89.90 (1 PER SUBAREA - 60723 HOURS); AND RPR OFFICE ADMINISTRATOR $58.90 (2 EACH - 13680 HOURS). THE APPLICANT SUB-DIVIDED PROJECT CONTROLS INTO 3 POSITIONS INCLUDING PROJECT CONTROLS MANAGER $232.50/HR (1 EACH - 4450 HOURS); PROJECT CONTROLS SPECIALIST 1 $91.00 (PERSONNEL VARIES - 1455 HOURS) ; PROJECT CONTROLS SPECIALIST 2 $168.00 (PERSONNEL VARIES - 1455 HOURS); AND SUB-DIVIDED ENGINEERING INTO 4 POSITIONS INCLUDING ENGINEER 1 $91.00 (PERSONNEL VARIES - 1800 HOURS); ENGINEER 2 $105.00 (PERSONNEL VARIES - 1800 HOURS); ENGINEER 3 $145.70 (1 EACH - 6080 HOURS); ENGINEERING TECHNICIAN $129.50 (PERSONNEL VARIES - 1868 HOURS).

ATTACHMENTS  
1.COB/HNTB IN-PROCESS CONTRACT AMENDMENT FOR PROGRAM MANAGEMENT SERVICES  
2.FEMA REPRESENTATIVE ORGANIZATIONAL STRUCTURE FOR PROGRAM/PROJECT MANAGEMENT SERVICES  
3.COB/HNTB RESPONSE TO FEMA'S PRESENTATION  
4.FEMA'S DRAFT COUNTER RESPONSE TO COB/HNTB  
5.COB MEMORANDUM, APRIL 20, 2010  
6.FEMA LETTER, APRIL 30, 2010  
7.FEMA LETTER, JUNE 1, 2010  
8.COB/HNTB REVISED RESPONSE, AUGUST 10, 2010**VERSION 1 - VERSION 1

WORK TO BE COMPLETED

AS A RESULT OF DAMAGES DUE TO HURRICANE KATRINA, FOURTEEN (14) PWS (11019, 11021, 11017, 10977, 11000, 11001, 10999, 10998, 11020, 11023, 11016, 11018, 11015, 11022) WERE PREPARED TO IMPLEMENT REPAIRS TO THE SANITARY SEWER COLLECTION, POTABLE WATER DISTRIBUTION, AND STORM DRAINAGE SYSTEMS IN 14 DESIGNATED AREAS OF THE CITY OF BILOXI. IN ADDITION, PW 7112 WAS PREPARED TO MAKE REPAIRS TO 73 SEWER LIFT STATIONS AND PW 11043 WAS PREPARED TO PROVIDE PRE-DESIGN SURVEY AND SOIL TESTING SERVICES FOR THE VARIOUS 14 AREA PWS. THESE PWS INITIALLY INCLUDED SCOPE OF WORK (SOW) AND PROJECT COST FOR PROGRAM MANAGEMEN

# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
**FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
**SUBDIVISION**  
**FEMA PW #** 11235  **VSN** 2  **REF#** 11235V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  
**INF TYPE** ○ INF  
● NON-INF  
○ REC

## SITE NUMBER 1 - SCOPE OF WORK

T (PM) SERVICES. IT WAS LATER DETERMINED THAT A SEPARATE PW FOR PM SERVICES WOULD BETTER SERVE THE CITY OF BILOXI, MEMA AND FEMA. SUBSEQUENTLY, PW 11235 WAS PREPARED TO CONSOLIDATE ALL PM SERVICES FOR THE 16 PWS DISCUSSED ABOVE AND THOSE 16 PWS WERE VERSIONED TO REMOVE ESTIMATED PM SERVICES SCOPE OF WORK AND COSTS.

IN A SEPARATE REQUEST, THE CITY OF BILOXI REQUESTED THAT THE 16 INFRASTRUCTURE REPAIR PWS LISTED ABOVE (14 DESIGNATED AREAS, SEWER LIFT STATIONS & SPECIAL SERVICES LISTED ABOVE) BE COMBINED INTO ONE IMPROVED PROJECT. FEMA APPROVED THAT REQUEST AND AN IMPROVED PROJECT WORKSHEET (IPW) COBIP16 WAS PREPARED.

SINCE THE 16 INFRASTRUCTURE REPAIRS PWS WERE COMBINED INTO ONE IMPROVED PROJECT, THE CITY OF BILOXI HAS NOW REQUESTED AN IMPROVED PROJECT FOR PW 11235. FEMA REVIEWED THE CITY OF BILOXI'S REQUEST AND, IN LIGHT OF THE IMPROVED PROJECT FOR THE 16 INFRASTRUCTURE PWS, AGREED THAT PW 11235 SHOULD BE CLASSIFIED AS AN IMPROVED PROJECT.

THIS IMPROVED PROJECT WORKSHEET (IPW) 11235 V1 IS PREPARED TO DESIGNATE THE SCOPE OF WORK (SOW) IN PW 11235 AS AN IMPROVED PROJECT.

FUNDING FOR THIS IPW REFLECTS THE FUNDING IN PW 11235 V0 AT THE AMOUNT OBLIGATED AS OF THE DATE OF THE SUBMISSION OF THIS IMPROVED PROJECT WORKSHEET (IPW). WHILE FEMA MAY WRITE SUBSEQUENT VERSIONS AFFECTING THE ORIGINAL FUNDED PW, FEMA WILL NOT MAINTAIN DATA IN THE IPW SUMMARIZING THESE CHANGES.

THIS ZERO ($0.00) FUNDED IPW DOES NOT REMOVE PW FUNDING FROM THE APPLICANT.

IT SHOULD BE NOTED THAT FEMA RESERVES THE RIGHT TO PERIODICALLY AUDIT THIS IPW/WORK.

ATTACHMENT:  
TRACKER #3316 - CITY OF BILOXI REQUEST FOR IMPROVED PROJECT

\*\*VERSION 2 -  
VERSION 2

WORK TO BE COMPLETED

AS A RESULT OF DAMAGES DUE TO HURRICANE KATRINA, FOURTEEN (14) PWS (11019, 11021, 11017, 10977, 11000, 11001, 10999, 10998, 11020, 11023, 11016, 11018, 11015, 11022) WERE PREPARED TO IMPLEMENT REPAIRS TO THE SANITARY SEWER COLLECTION, POTABLE WATER DISTRIBUTION, AND STORM DRAINAGE S

# PROJECT WORKSHEET REPORT

| | |
|---|---|
| **DECLARATION NO.** FEMA-MS - DR1604 | **PREPARED DATE** 02/16/2011 |
| **FIPS NO.** 047-06220-00 | **REPORT DATE** 04/22/2016 08:40 |
| **APPLICANT NAME** BILOXI (CITY OF) | **INF TYPE** ○ INF |
| **SUBDIVISION** | ● NON-INF |
| **FEMA PW #** 11235  **VSN** 2  **REF#** 11235V2 | ○ REC |

### SITE NUMBER 1 - SCOPE OF WORK

YSTEMS IN 14 DESIGNATED AREAS OF THE CITY OF BILOXI (COB). IN ADDITION, PW 7112 WAS PREPARED TO MAKE REPAIRS TO 73 SEWER LIFT STATIONS, PW 11043 WAS PREPARED TO PROVIDE PRE-DESIGN SURVEY AND SOIL TESTING SERVICES FOR THE VARIOUS 14 AREA PWS, AND PW 11213 WAS PREPARED TO ALLOW THE CITY OF BILOXI TO CLEAN AND VIDEO PVC SANITARY SEWER LINES (AND OTHER RELATED LINES). THESE PWS INITIALLY INCLUDED SCOPE OF WORK (SOW) AND PROJECT COST FOR PROGRAM MANAGEMENT (PM) SERVICES. IT WAS LATER DETERMINED THAT A SEPARATE PW FOR PM SERVICES WOULD BETTER SERVE THE CITY OF BILOXI, MEMA AND FEMA. SUBSEQUENTLY, PW 11235 V0 WAS PREPARED TO CONSOLIDATE ALL PM SERVICES FOR THE 17 PWS DISCUSSED ABOVE AND THOSE PWS WERE VERSIONED, WHERE NECESSARY, TO REMOVE ESTIMATED PM SERVICES SCOPE OF WORK AND COSTS.

IN A SEPARATE REQUEST, THE CITY OF BILOXI (COB) ASKED THAT THE 16 INFRASTRUCTURE REPAIR PWS LISTED ABOVE (14 DESIGNATED AREAS, SEWER LIFT STATIONS & SPECIAL SERVICES LISTED ABOVE) BE COMBINED INTO ONE IMPROVED PROJECT. FEMA APPROVED THAT REQUEST AND AN IMPROVED PROJECT WORKSHEET (IPW) COBIP16 WAS PREPARED. PW 11213 WAS NOT INCLUDED AS ALL FURTHER WORK WAS HALTED AND THE PW WILL BE CLOSED OUT.

SINCE THE 16 INFRASTRUCTURE REPAIRS PWS WERE COMBINED INTO ONE IMPROVED PROJECT, THE CITY OF BILOXI REQUESTED AN IMPROVED PROJECT FOR PW 11235 (PROGRAM MANAGEMENT). FEMA REVIEWED THE COB'S REQUEST AND, IN LIGHT OF THE IMPROVED PROJECT FOR THE 16 INFRASTRUCTURE PWS, AGREED THAT PW 11235 SHOULD BE CLASSIFIED AS AN IMPROVED PROJECT. SUBSEQUENTLY, PW 11235 V1 WAS PREPARED AS AN IMPROVED PROJECT WORKSHEET.

DURING TECHNICAL DISCUSSION BETWEEN FEMA/MEMA/COB IT WAS DETERMINED THAT POTENTIALLY INELIGIBLE PVC SANITARY SEWER LINES EXISTED IN MOST OF THE FOURTEEN (14) AREAS AND HAD BEEN INCLUDED FOR REPLACEMENT IN THE RESPECTIVE PWS. PW 11213 WAS PREPARED TO ALLOW THE COB TO CLEAN AND VIDEO THE IDENTIFIED LINES ENSURE THE CLEANING PROCESS. ANY DAMAGES NOTED DURING THE CLEANING/VIDEOING PR

OCESS WERE ADDRESSED SEPARATELY TO DETERMINE THEIR ELIGIBILITY FOR REPLACEMENT/REPAIR. THIS PROCESS REPORTEDLY RESULTED IN HALTING THE DESIGNS FOR MANY OF THE INFRASTRUCTURE PWS, EXTENDED THE ESTIMATED DESIGN AND CONSTRUCTION TIMEFRAMES, AND REQUIRED THE COB'S PROGRAM MANAGER TO EXPEND EFFORTS/INCUR COSTS IN ADDRESSING THE ISSUE. THE COB THEN NOTED THAT, BECAUSE OF THIS PVC ISSUE, THE EXTENDED TIMEFRAMES AND THE PM EFFORTS, ADDITIONAL PM FUNDING BEYOND THAT PROVIDED IN PW 11235 V0-V1 WAS NEEDED TO SEE THE PROJECTS TO COMPLETION.

AFTER DISCUSSIONS BETWEEN FEMA, MEMA, THE COB AND REPRESENTATIVES OF THE MISSISSIPPI GOVERNOR'S OFFICE, FEMA DETERMINED THAT AN ESTIMATED $1 MILLION COULD BE PROVIDED TO COVER THE PROGRAM MANAGEMENT SERVICES COSTS OF ADDRESSING THE PVC ISSUE.

THIS PW 11235 V2 IS PREPARED TO INCREASE THE PROGRAM MANAGEMENT SERVICES FUNDING BY AN ESTIMATED $1,000,000.00 AS DETERMINED BY FEMA TO COVER ADDITIONAL EXPENSES FOR ADDRESSING THE PVC ISSUES AS DISCUSSED ABOVE. IT SHOULD BE NOTED THAT THIS IS AN ESTIMATED AMOUNT AND THAT IT IS SUBJECT TO FURTHER REVIEW AT PROJECT CLOSEOUT. FEMA ALSO RESERVES THE RIGHT TO PERIODICALLY REVIEW ALL OF THE WORK AND EXPENDITURES ON THIS PW.

ATTACHMENT:
CITY OF BILOXI LETTER, JANUARY 5, 2011, SUBJECT: REQUEST FOR ADDITIONAL FUNDING FOR PW 11235 PROGRAM MANAGEMENT SERVICES - INFRASTRUCTURE REPAIRS

# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
**FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
**SUBDIVISION**  
**FEMA PW #** 11235   **VSN** 2   **REF#** 11235V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  
**INF TYPE** ◯ INF  ● NON-INF  ◯ REC

## COST ESTIMATE

| ITEM | VSN | CODE | MATERIAL AND/OR DESCRIPTION | UOM | QTY | UNIT PRICE | COST |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 0000 | WORK TO BE COMPLETED | LS | 1 | $.00 | $0.00 |
| 2 | 0 | 9001 | CONTRACT - PROGRAM MANAGEMENT SERVICES | LS | 1 | $8,240,103.92 | $8,240,103.92 |
| 3 | 0 | 9001 | CONTRACT - RESIDENT PROJECT REPRESENTATIVE SERVICES | LS | 1 | $8,385,072.70 | $8,385,072.70 |
| 4 | 1 | 0000 | VERSION 1 WORK TO BE COMPLETED | LS | 1 | $.00 | $0.00 |
| 5 | 1 | 9999 | TOTAL OF OBLIGATED FUNDING FROM CAPPED PW | LS | 1 | $16,625,176.62 | $16,625,176.62 |
| 6 | 1 | 9999 | DEDUCT FUNDING FROM PW 11235 V0 | LS | 1 | $-16,625,176.62 | ($16,625,176.62) |
| 7 | 2 | 0000 | VERSION 2 -- WORK TO BE COMPLETED | LS | 1 | $.00 | $0.00 |
| 8 | 2 | 9999 | ADDITIONAL FUNDING FOR PVC ISSUE RELATED COSTS | LS | 1 | $1,000,000.00 | $1,000,000.00 |

**Eligible Amounts:**
- Total (this version): $1,000,000.00
- Total Oblig To Date: $17,625,176.62
- Unobligated + Obligated: $17,625,176.62
- Federal Share for Obligated and Unobligated: $17,625,176.62

## SPECIAL CONSIDERATIONS

1. Does the damaged facility or item of work have insurance coverage and/or is it an insurable risk (e.g., buildings, equipment, vehicles, etc.)?   ◯ Yes  ● No  ◯ Unsure

2. Is the damaged facility located within a floodplain or coastal high hazard area and/or does it have an impact on a floodplain or wetland?   ◯ Yes  ● No  ◯ Unsure

3. Is the damaged facility or item of work located within or adjacent to a Coastal Barrier Resource System Unit or an Otherwise Protected Area?   ◯ Yes  ● No  ◯ Unsure

4. Will the proposed facility repairs/reconstruction change the pre-disaster conditions (e.g., footprint, material, location, capacity, use or function)?   ◯ Yes  ● No  ◯ Unsure

5. Does the applicant have a hazard mitigation proposal or would the applicant like technical assistance for a hazard mitigation proposal?   ◯ Yes  ● No  ◯ Unsure

6. Is the damaged facility on the National Register of Historic Places or the state historic listing? Is it older than 50 years? Are there more, similar buildings near the site?   ◯ Yes  ● No  ◯ Unsure

7. Are there any pristine or undisturbed areas on, or near, the project site? Are there large tracts of forestland?   ◯ Yes  ● No  ◯ Unsure

8. Are there any hazardous materials at or adjacent to the damaged facility and/or item of work?   ◯ Yes  ● No  ◯ Unsure

# PROJECT WORKSHEET REPORT

| | |
|---|---|
| **DECLARATION NO.** FEMA-MS - DR1604 | **PREPARED DATE** 02/16/2011 |
| **FIPS NO.** 047-06220-00 | **REPORT DATE** 04/22/2016 08:40 |
| **APPLICANT NAME** BILOXI (CITY OF) | **INF TYPE** ○ INF |
| **SUBDIVISION** | ● NON-INF |
| **FEMA PW #** 11235  **VSN** 2  **REF#** 11235V2 | ○ REC |

## SPECIAL CONSIDERATIONS

9  Are there any other environmental or controversial issues associated with the damaged facility and/or item of work?  ○ Yes  ● No  ○ Unsure

# PROJECT WORKSHEET REPORT

| | |
|---|---|
| DECLARATION NO. FEMA-MS - DR1604 | PREPARED DATE   02/16/2011 |
| FIPS NO.   047-06220-00 | REPORT DATE 04/22/2016 08:40 |
| APPLICANT NAME  BILOXI (CITY OF) | INF TYPE ○ INF |
| SUBDIVISION | ● NON-INF |
| FEMA PW #   11235   VSN  2   REF#  11235V2 | ○ REC |

---

### ENVIRONMENTAL - Environmental Review not complete. See below for status.

Laws and Executive Orders Review - Other Laws/EOs review in-process.

| Laws/EOs | Status |
|---|---|
| Coastal Barriers Resources Act (CBRA) | Completed |
| Clean Water Act (CWA) | Completed |
| Coastal Zone Management Act (CZMA) | Completed |
| Endangered Species Act (ESA) | Completed |
| Fish and Wildlife Coordination Act (FWCA) | Completed |
| National Historic Preservation Act (NHPA) | Completed |

09/17/2010- **HISTORIC - ARCHAEOLOGY**PURSUANT TO THE MAY 14, 2010 PROGRAMATIC AGREEMENT (PA) IN EFFECT BETWEEN FEMA, THE MISSISSIPPI STATE HISTORIC PRESERVATION OFFICER (SHPO), THE MISSISSIPPI EMERGENCY MANAGEMENT AGENCY (MEMA), AND NATIVE AMERICAN INDIAN TRIBES,  THE SCOPE OF WORK AS SUBMITTED IN THIS VERSION (0) HAS BEEN REVIEWED AND MEETS THE CRITERIA IN APPENDIX C (I) - GROUND DISTURBING ACTIVITIES AND SITE WORK, WHEN ALL WORK IS PERFORMED IN PREVIOUSLY DISTURBED OR ARCHAEOLOGICALLY SURVEYED AREAS AND IS CONSISTENT WITH THE STANDARDS, OR ANY OTHER APPLICABLE SOI STANDARDS;  SUBSECTION A: GROUND DISTURBING ACTIVITIES RELATED TO THE REPAIR, REPLACEMENT, REINFORCING OR POURING OF FOOTINGS, FOUNDATIONS, RETAINING WALLS, OTHER SLOPE STABILIZATION SYSTEMS AND UTILITIES IN EXISTING UTILITY RIGHT-OF-WAYS (INCLUDING SEWER, WATER, STORM DRAINS, ELECTRICAL SERVICE OR DISTRIBUTION, GAS...., PROVIDED THE EXCAVATION WILL NOT DISTURB MORE SOIL THAN PREVIOUSLY DISTURBED. THIS ALLOWANCE REFERS TO ARCHAEOLOGICAL REVIEW.  IN ACCORDANCE WITH THE PA, FEMA IS NOT REQUIRED TO SUBMIT PROJECTS TO THE SHPO FOR REVIEW WHERE THE WORK PERFORMED MEETS THESE ALLOWANCES.  NO FURTHER HISTORIC OR ARCHAEOLOGICAL REVIEW IS REQUIRED. IF DURING THE COURSE OF WORK, ARCHAEOLOGICAL ARTIFACTS (PREHISTORIC OR HISTORIC) OR HUMAN REMAINS ARE DISCOVERED, THE APPLICANT SHALL STOP WORK IN THE VICINITY OF THE DISCOVERY AND TAKE ALL REASONABLE MEASURES TO AVOID OR MINIMIZE HARM TO THE FINDS.  THE APPLICANT SHALL INFORM THEIR PUBLIC ASSISTANCE (PA) CONTACTS IN FEMA, WHO WILL IN TURN CONTACT FEMA HISTORIC PRESERVATION STAFF.  WORK WILL NOT PROCEED UNTIL FEMA HISTORIC PRESERVATION STAFF HAS COMPLETED CONSULTATION WITH THE SHPO. ANY CHANGE TO THE APPROVED SCOPE OF WORK WILL REQUIRE RESUBMISSION FOR RE-EVALUATION UNDER SECTION 106 AND CONSULTATION WITH THE SHPO.  NON-COMPLIANCE MAY JEOPARDIZE THE RECEIPT OF FEDERAL FUNDS. PAUL DRUMMOND, HISTORIC PRESERVATION SPECIALIST

03/07/2011 - ***HISTORIC*** THIS VERSION (1) IS FOR A COST ADJUSTMENT ONLY.  NO FURTHER HISTOIRC REVIEW IS REQUIRED.  ALL PRIOR HISTORIC COMMENTS AND CONDITIONS STAND.  ANY CHANGE TO THE APPROVED SCOPE OF WORK WILL REQUIRE RESUBMISSION FOR RE-EVALUATION FOR COMPLIANCE WITH THE NATIONAL HISTORIC PRESERVATION ACT. NON-COMPLIANCE WITH THIS REQUIREMENT MAY JEOPARDIZE THE RECEIPT OF FEDERAL FUNDING.   PAUL DRUMMOND, FEMA DELO.

| | |
|---|---|
| Clean Air Act (CAA) | Completed |
| E.O. 11988: Floodplains | Completed |
| E.O. 11990: Wetlands | Completed |
| E.O. 12898: Environmental Justice for Low Income and Minority Populations | Completed |

---

NEPA Level of Review - NEPA review is complete. - PSCANNAL - The project is Categorically Excluded under 44 CFR 10.8(d):

1. Administrative action

    Documentation Complete        09/23/2010

# PROJECT WORKSHEET REPORT

**DECLARATION NO.** FEMA-MS - DR1604  
**FIPS NO.** 047-06220-00  
**APPLICANT NAME** BILOXI (CITY OF)  
**SUBDIVISION**  
**FEMA PW #** 11235   **VSN** 2   **REF#** 11235V2

**PREPARED DATE** 02/16/2011  
**REPORT DATE** 04/22/2016 08:40  
**INF TYPE** ○ INF  
● NON-INF  
○ REC

#### Standard Conditions

1. Any change to the approved scope of work will require re-evaluation for compliance with NEPA and other Laws and Executive Orders.

2. This review does not address all federal, state and local requirements. Acceptance of federal funding requires recipient to comply with all federal, state and local laws. Failure to obtain all appropriate federal, state and local environmental permits and clearances may jeopardize federal funding.

3. If ground disturbing activities occur during construction, applicant will monitor ground disturbance and if any potential archeological resources are discovered, will immediately cease construction in that area and notify the State and FEMA.

# PROJECT WORKSHEET REPORT

DECLARATION NO. FEMA-MS - DR1604  
FIPS NO.   047-06220-00  
APPLICANT NAME  BILOXI (CITY OF)  
SUBDIVISION  
FEMA PW #   11235   VSN   2   REF#   11235V2

PREPARED DATE   02/16/2011  
REPORT DATE  04/22/2016 08:40

INF TYPE ◯ INF  
● NON-INF  
◯ REC

## GENERAL COMMENTS

09/16/10:  REVIEW OF THIS PROJECT HAS IDENTIFIED NO MITIGATION OPPORTUNITY. - P. ANDERSON, MITIGATION SPECIALIST

09/17/2010- **HISTORIC - ARCHAEOLOGY**PURSUANT TO THE MAY 14, 2010 PROGRAMATIC AGREEMENT (PA) IN EFFECT BETWEEN FEMA, THE MISSISSIPPI STATE HISTORIC PRESERVATION OFFICER (SHPO), THE MISSISSIPPI EMERGENCY MANAGEMENT AGENCY (MEMA), AND NATIVE AMERICAN INDIAN TRIBES,  THE SCOPE OF WORK AS SUBMITTED IN THIS VERSION (0) HAS BEEN REVIEWED AND MEETS THE CRITERIA IN APPENDIX C (I) - GROUND DISTURBING ACTIVITIES AND SITE WORK, WHEN ALL WORK IS PERFORMED IN PREVIOUSLY DISTURBED OR ARCHAEOLOGICALLY SURVEYED AREAS AND IS CONSISTENT WITH THE STANDARDS, OR ANY OTHER APPLICABLE SOI STANDARDS;  SUBSECTION A: GROUND DISTURBING ACTIVITIES RELATED TO THE REPAIR, REPLACEMENT, REINFORCING OR POURING OF FOOTINGS, FOUNDATIONS, RETAINING WALLS, OTHER SLOPE STABILIZATION SYSTEMS AND UTILITIES IN EXISTING UTILITY RIGHT-OF-WAYS (INCLUDING SEWER, WATER, STORM DRAINS, ELECTRICAL SERVICE OR DISTRIBUTION, GAS...., PROVIDED THE EXCAVATION WILL NOT DISTURB MORE SOIL THAN PREVIOUSLY DISTURBED. THIS ALLOWANCE REFERS TO ARCHAEOLOGICAL REVIEW.  IN ACCORDANCE WITH THE PA, FEMA IS NOT REQUIRED TO SUBMIT PROJECTS TO THE SHPO FOR REVIEW WHERE THE WORK PERFORMED MEETS THESE ALLOWANCES.  NO FURTHER HISTORIC OR ARCHAEOLOGICAL REVIEW IS REQUIRED. IF DURING THE COURSE OF WORK, ARCHAEOLOGICAL ARTIFACTS (PREHISTORIC OR HISTORIC) OR HUMAN REMAINS ARE DISCOVERED, THE APPLICANT SHALL STOP WORK IN THE VICINITY OF THE DISCOVERY AND TAKE ALL REASONABLE MEASURES TO AVOID OR MINIMIZE HARM TO THE FINDS.  THE APPLICANT SHALL INFORM THEIR PUBLIC ASSISTANCE (PA) CONTACTS IN FEMA, WHO WILL IN TURN CONTACT FEMA HISTORIC PRESERVATION STAFF.  WORK WILL NOT PROCEED UNTIL FEMA HISTORIC PRESERVATION STAFF HAS COMPLETED CONSULTATION WITH THE SHPO. ANY CHANGE TO THE APPROVED SCOPE OF WORK WILL REQUIRE RESUBMISSION FOR RE-EVALUATION UNDER SECTION 106 AND CONSULTATION WITH THE SHPO.  NON-COMPLIANCE MAY JEOPARDIZE THE RECE

IPT OF FEDERAL FUNDS. PAUL DRUMMOND, HISTORIC PRESERVATION SPECIALIST

03/07/2011 - ***HISTORIC*** THIS VERSION (1) IS FOR A COST ADJUSTMENT ONLY.  NO FURTHER HISTOIRC REVIEW IS REQUIRED. ALL PRIOR HISTORIC COMMENTS AND CONDITIONS STAND.  ANY CHANGE TO THE APPROVED SCOPE OF WORK WILL REQUIRE RESUBMISSION FOR RE-EVALUATION FOR COMPLIANCE WITH THE NATIONAL HISTORIC PRESERVATION ACT. NON-COMPLIANCE WITH THIS REQUIREMENT MAY JEOPARDIZE THE RECEIPT OF FEDERAL FUNDING.  PAUL DRUMMOND, FEMA DELO.

3/7/2011 - VERSION "1" IS FOR COST ADJUSTMENT ONLY; ORIGINAL  COMMENT IS STILL VALID, AND NO FURTHER ENVIRONMENTAL/HISTORIC REVIEW IS REQUIRED.  ANY CHANGE TO THE APPROVED SCOPE OF WORK WILL REQUIRE RE-SUBMISSION FOR RE-EVALUATION FOR COMPLIANCE WITH THE NATIONAL ENVIRONMENTAL POLICY ACT.  NON-COMPLIANCE WITH THIS REQUIREMENT MAY JEOPARDIZE THE RECEIPT OF FEDERAL FUNDING.   A. GORE, ENVIRONMENTAL SPECIALIST

03/07/2011- PW 11235-1 WAS WRITTEN TO COMBINE ALL OF THE PROJECT MANAGEMENT (PM) SERVICES FOR THE COST TO REPAIR/REPLACE THE SANITARY SEWER COLLECTION, POTABLE WATER DISTRIBUTION AND STORM DRAINAGE SYSTEMS IN THE 14 DESIGNATED AREAS WITHIN THE CITY OF BILOXI. VERSION 1 DESIGNATES THIS PW AS AN IMPROVED PROJECT. THERE ARE NO INSURANCE ISSUES WITH THIS PW, THE SUBGRADE SYSTEMS ARE NOT INSURABLE UNDER A STANDARD FLOOD INSURANCE POLICY. D.SILER/INSURANCE (CTR)

03/09/2011 - THIS IMPROVED PROJECT IS BASED ON AN APPROVED SCOPE OF WORK.  APPLICANT SHALL OBTAIN PRIOR APPROVAL FROM THE STATE PAO IF THERE IS ANY DEVIATION FROM THIS APPROVED SCOPE (AS DESCRIBED ON THE PA-10).  FAILURE TO ADHERE TO SCOPE OR OBTAIN PRIOR APPROVAL TO DEVIATE FROM SCOPE COULD JEOPARDIZE FUNDING.   S. DREHER, STATE REVIEW

3/29/2011 - THE REQUEST FOR TIME EXTENSION HAS BEEN GRANTED UNTIL 12.30.13, PER THE 3.09.11 LETTER ISSUED BY FEMA. CORRESPONDENCE LETTERS IS SCANNED AND FILE WITH DATA ENTRY.  LINDA NGUYEN, ADMIN / DATA MGMT ASSISTANT

'04/25/2011 - IT HAS BEEN DETERMINED THAT THESE DAMAGE

# PROJECT WORKSHEET REPORT

| | |
|---|---|
| DECLARATION NO. FEMA-MS - DR1604 | PREPARED DATE  02/16/2011 |
| FIPS NO.  047-06220-00 | REPORT DATE 04/22/2016 08:40 |
| APPLICANT NAME  BILOXI (CITY OF) | INF TYPE ○ INF |
| SUBDIVISION | ● NON-INF |
| FEMA PW #   11235   VSN   2   REF#   11235V2 | ○ REC |

## GENERAL COMMENTS

S ARE NOT COVERED BY INSURANCE. D.SILER/INSURANCE (CTR)

04/28/2011 - ***HISTORIC*** THIS VERSION (2) IS FOR A COST ADJUSTMENT ONLY. NO FURTHER HISTOIRC REVIEW IS REQUIRED. ALL PRIOR HISTORIC COMMENTS AND CONDITIONS STAND. ANY CHANGE TO THE APPROVED SCOPE OF WORK WILL REQUIRE RESUBMISSION FOR RE-EVALUATION FOR COMPLIANCE WITH THE NATIONAL HISTORIC PRESERVATION ACT. NON-COMPLIANCE WITH THIS REQUIREMENT MAY JEOPARDIZE THE RECEIPT OF FEDERAL FUNDING.   PAUL DRUMMOND, FEMA DELO.

4/28/2011 - VERSION "2" IS FOR COST ADJUSTMENT ONLY; ORIGINAL COMMENT OF IS STILL VALID, AND NO FURTHER ENVIRONMENTAL/HISTORIC REVIEW IS REQUIRED. ANY CHANGE TO THE APPROVED SCOPE OF WORK WILL REQUIRE RE-SUBMISSION FOR RE-EVALUATION FOR COMPLIANCE WITH THE NATIONAL ENVIRONMENTAL POLICY ACT. NON-COMPLIANCE WITH THIS REQUIREMENT MAY JEOPARDIZE THE RECEIPT OF FEDERAL FUNDING.   A. GORE, ENVIRONMENTAL SPECIALIST

04/28/2011 - PREVIOUS STATE REVIEW COMMENT IS STILL APPLICABLE. D. BRUNE, STATE REVIEW

## PW REQUIRED REVIEWS

| REVIEW | REVIEW STATUS | RECOMMENDATION | ASSIGNED REVIEWER | REVIEWER | DATE SUBMITTED | DATE REVIEWED |
|---|---|---|---|---|---|---|
| Initial | Complete | Eligible | | pmorris3 | 04/20/2011 | 04/25/2011 |
| Insurance | Complete | Eligible | DON SILER | dsiler2 | 04/25/2011 | 04/26/2011 |
| STATE | Complete | Eligible | DONNA BRUNE | dbrune | 04/25/2011 | 04/28/2011 |
| Historical | Complete | Eligible | PAUL DRUMMOND | pdrummon | 04/25/2011 | 04/28/2011 |
| Environmental | Complete | Eligible | APRIL HARVEY | agore1 | 04/25/2011 | 04/28/2011 |
| >= Million Dollars | Complete | Eligible | | cscott24 | 05/05/2011 | 05/12/2011 |
| Final | Complete | Eligible | JAMES WALKER | cscott24 | 04/28/2011 | 05/05/2011 |