IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| CITY OF BILOXI, MISSISSIPPI ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL EMERGNCY MANAGMENT ) <br> AGENCY (FEMA) and PETER T. GAYNOR, ) <br> in his official capacity as acting administrator. [1] ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:19-cv-00363-KS-RHW |

**MOTION TO DISMISS**
**CITY OF BILOXI'S FIRST AMENDED COMPLAINT**

Defendants Federal Emergency Management Agency and Peter T. Gaynor, in his official capacity as administrator of FEMA, by and through undersigned counsel, files this motion to dismiss, and in support submits:

1. Plaintiff the City of Biloxi filed its First Amended Complaint on January 29, 2020 [ECF No. 12]. The City's First Amended Complaint asserts the City should be awarded an additional $6,678,918.00 in Public Assistance disaster grant funds from FEMA.

2. The City's claims should be dismissed. The United States has not waived sovereign immunity as to the City's claims, the court lacks subject matter jurisdiction over these claims, and there is no contract between the City and FEMA to support the City's claims.

3. In support of this motion, Defendants have contemporaneously submitted a Memorandum of Law.

---

[1] On January 14, 2020, Mr. Gaynor was officially confirmed by the U.S. Senate as the FEMA Administrator. *See* https://www.fema.gov/peter-gaynor

Defendants respectfully request that the Court dismiss the City's First Amended Complaint.

DATED: April 6, 2020

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney
Southern District of Mississippi

By: */s/ Gregg Mayer*
JENNIFER CASE (MS Bar #104238)
GREGG MAYER (MS Bar #102232)
Assistant United States Attorneys
Southern District of Mississippi
501 E. Court Street
Suite 4.480
Jackson, Mississippi 89201
(601) 965-4480
Jennifer.L.Case@usdoj.gov
Gregg.Mayer@usa.doj.gov

**CERTIFICATE OF SERVICE**

I, Gregg Mayer, Assistant U.S. Attorney, hereby certify that, on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which served to send notification of this filing to the appropriate counsel in this case.

Date:  April 6, 2020    /s/ *Gregg Mayer*
                        Assistant United States Attorney