**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**CITY OF BILOXI, MISSISSIPPI**                                                    **PLAINTIFF**

**V.**                                                    **CASE NO.: 1:19-cv-363-KS-RHW**

**FEDERAL EMERGENCY**
**MANAGEMENT AGENCY and**
**PETER T. GAYNOR, in his official capacity.**                     **DEFENDANTS**

**JOINT MOTION OF THE PARTIES FOR**
**DISMISSALWITHOUT PREJUDICE**

The parties hereby jointly move this Court to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41. In support of this Joint Motion, the parties state as follows:

I. Following the reversal of FEMA's deobligation of $8.8 million dollars, the City of Biloxi ("City") amended its Complaint [ECF NO. # 12], seeking approval of payment of cost items within the remaining allocated balance for the City's Biloxi Post-Katrina Infrastructure Repair Program, through the anticipated completion date of December 31, 2024.

II. The parties acknowledge all "feeder" projects [ PW 10977; 10998; 10999; 11000; 11001; 11015; 11016; 11017; 11018; 11019; 11020; 11021; 11022; 11023; 11043; 7112; and 11235] have been collapsed into PW 11253, the "master" improved project worksheet [IPW11253].

1

III. As the feeder projects have already been collapsed into one PW, the City's claims in this lawsuit are premature and the City agrees to dismiss this matter without prejudice.

IV. All parties reserve all rights, claims, and defenses. Each side will bear their own costs.

RESPECTFULLY SUBMITTED, this the 28th day of July, 2020.

**CITY OF BILOXI, MISSISSIPPI**

BY:    */s/Peter C. Abide*
PETER C. ABIDE (MSB # 1026)
CURRIE JOHNSON & MYERS, P.A.
Attorneys for City of Biloxi, Mississippi
925 Tommy Munro Drive, Suite H
Biloxi, Mississippi 39532
pabide@curriejohnson.com

**FEDERAL EMERGENCY MANAGEMENT AGENCY and PETER T. GAYNOR, in his official capacity**

BY:    */s/Gregg Mayer*
GREGG MAYER (MSB#102232)
UNITED STATES ATTORNEY'S OFFICE
Assistant United States Attorney
Southern District of Mississippi
501 E. Court Street Suite 4.480
Jackson, Mississippi 89201